**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| UNIVERSITY FOOD SYSTEMS, INC. | ) | CASE NO. 09-15487 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

**NOTICE OF HEARING**

     **NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 682, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the **8th day of June, 2010 at 10:00 a.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Jack B. Schmetterer, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters: **MOTION FOR ENTRY OF FINAL DECREE,** a copy of which is attached hereto.

At which time and place you may appear, if you so desire.


Dated:  May 12, 2010


                                                  **UNIVERSITY FOOD SYSTEMS, INC., DEBTOR
       BY:  SCHIRGER, MONTELEONE & HAMPILOS, P.C.**


                                                  By:    */s/ George P. Hampilos*


George P. Hampilos – 6210622
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, Suite 210
Rockford, IL  61101
Telephone:  815/962-0044

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| UNIVERSITY FOOD SYSTEMS, INC. | ) | CASE NO.  09-15487 |
| | ) | |
| Debtor. | ) | |

### MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, UNIVERSITY FOOD SYSTEMS, INC., by and through its attorneys, SCHIRGER, MONTELEONE & HAMPILOS, P.C., and in support of its Motion for Entry of Final Decree, states as follows:

1. The Debtor's Chapter 11 Plan was confirmed by Order entered on February 11, 2010.

2. There has been substantial consummation of the Plan confirmed by the Court, as shown by the documents attached hereto as "Group Exhibit A."

3. The Debtor has assumed the management of its property, and has commenced distribution under the Plan.

4. All administrative costs have been paid, and it is not anticipated that there will be any further application for administrative expenses.

5. All pending motions, contested matter, fee applications, and adversary proceedings have been resolved.

WHEREFORE, the Debtor, UNIVERSITY FOOD SYSTEMS, INC., respectfully requests this Court grant its Motion for Final Decree by entering a Final Decree in this case.

Dated: May 12, 2010

                                      UNIVERSITY FOOD SYSTEMS, INC., DEBTOR
                                      BY: SCHIRGER, MONTELEONE & HAMPILOS, P.C.

                                      By:  */s/ George P. Hampilos*

George P. Hampilos – 6210622
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, Suite 210
Rockford, IL   61101
Telephone:  815/962-0044

## PROOF OF SERVICE

      The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 12th day of May, 2010 at or before the hour of 5:00 p.m.

SEE ATTACHED SERVICE LIST

                                           /s/ George P. Hampilos

**George P. Hampilos**
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, #210
Rockford, IL   61101
Telephone:  815/962-0044

SERVICE LIST

William T. Neary
Office of the U.S. Trustee
219 South Dearborn St. #873
Chicago, IL  60604

South Central Bank
525 W. Roosevelt Road
Chicago, IL  60607

American Honda Finance
P.O. Box 5308
Elgin, IL  60121

Edward Arnold
4155 N. St. Rd. 39
LaPorte, IN  46350

Sysco
P.O. Box 5037
Des Plaines, IL 60017-5037

Wells Fargo
Payment Remittance Center
P.O. Box 54349
Los Angeles, CA 90054-0349

Chicagoland Beverage Co.
2056 West Walnut Street
Chicago, IL  60612

Citibank Advantage Business Card
P.O. Box 410408
Salt Lake City, UT 84141-0408

Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randolph Street
Chicago, IL  60601

IIT Tower Rent
33843 Treasury Center
Chicago, IL  60694-3800

Automated Data Processing
100 Northwest Point Blvd.
Elk Grove Village, IL 60007

Levun, Goodman & Cohen
500 Skokie Blvd. #650
Northbrook, IL  60062

Gordon Food Service
Payment Processing Center
Dept. CH 10490
Palatine, IL  60055-0490

The St. Paul
CL Remittance Center
Hartford, CT 06183-1008

Tablescapes
1827 W. Hubbard Street
Chicago, IL 60622

Pepsi Cola
75 Remittance Drive, Suite 1884
Chicago, IL  60675-1884

Clark Food Service
950 Arthur Ave.
Elk Grove Village, IL 60007

Charles McRae Produce
1929 Kimberly Court
Darien, IL 60561

CIT
% Askounis & Darcy, PC
401 N. Michigan Ave. #550
Chicago, IL  60601

Mark Vending Company
3000 MacArthur Blvd.
Northbrook, IL 60062

Amoco
P.O. Box 70887
Charlotte, NC  28272-0887

District Counsel
Internal Revenue Service
200 W. Adams Street #2300
Chicago, IL  60606

District Director / IRS
230 S. Dearborn Street
Mail Stop 5016-CHI
Chicago, IL 60604

Indiana Department of Revenue
Bankruptcy Section, Room N-240
100 North Senate Avenue IGCN #108
Indianapolis, IN 46204

ML Rongo, Inc.
% Lamphier & Kowalkowski, Ltd.
568 Spring Rd. Suite B
Elmhurst, IL 60126