IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| UNIVERSITY FOOD SYSTEMS, INC. | ) | CASE NO. 09-15487 |
| | ) | |
| Debtor. | ) | |

### FINAL DECREE

THIS MATTER having come before the Court on the Motion for Entry of Final Decree; all parties in interest having been notice and an opportunity to be heard, and the Court being fully advised of the premises, IT IS HEREBY ORDERED that the Motion for Final Decree is granted, and the case is closed.

Dated: 6/8/2010

Enter:

_____
U.S. BANKRUPTCY JUDGE

JUN 0 8 2010

George P. Hampilos – 6210622
**SCHIRGER, MONTELEONE & HAMPILOS, P.C.**
308 West State Street, Suite 210
Rockford, IL   61101
Telephone: 815/962-0044