## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| UNIVERSITY FOOD SYSTEMS, INC. | ) | CASE NO.  09-15487 |
| | ) | |
| Debtor. | ) | |

### FINAL ACCOUNT

UNIVERSITY FOOD SYSTEMS, INC., Debtor, filed a voluntary petition under Title 11, Chapter 11 in the United States Bankruptcy Court for the Northern District of Illinois, Western Division, on April 29, 2009.  Pursuant to the requirements of 11 U.S.C. §1106(a)(7), Debtor now files this Final Account.

1.  All administrative expense claims have been paid in full, including attorney's fees and the administrative claim of Gordon Food Service.  Trustee's fees are recurring and are paid to date.

2.  Secured Creditors paid or to be paid under Plan:

| Secured Creditor | Total to Be Paid | Paid to Date |
|---|---|---|
| South Central Bank | $115,218.64 | $13,026.78 |
| American Honda Finance | $12,862.00 | $1,351.92 |
| Edward Arnold | $11,000.00 | $11,000.00 |
| Glenview State Bank | $19,895.00 | $1,238.85 |

3.  Priority Unsecured Creditors paid or to be paid under Plan:

| Creditor | Total to Be Paid | Paid to Date |
|---|---|---|
| Indiana Department of Revenue | $244.63 | $244.63 |

| Illinois Department of Revenue | $43,487.07 | $1,662.43 |
|---|---|---|
| Internal Revenue Service | $55,833.05 | $1,975.08 |
|  |  |  |

4. Unsecured claims paid or to be paid under Plan (10% of allowed amount plus interest):

| Creditor | Total to Be Paid | Paid to Date |
|---|---|---|
| Wells Fargo Bank, N.A. | $122,639.81 | $693.36 |
| Gordon Food Service | $5,754.35 | $32.52 |
| Clark Food Service | $26,348.83 | $148.96 |
| Tablescapes | $14,547.11 | $82.24 |
| Levun, Goodman & Cohen | $29,717.23 | $168.04 |
| Randolph Floral Design | $1,897.00 | $10.76 |
| IIT Tower Rent | $73,257.76 | $414.20 |

These amounts reflect the amount of claims allowed regardless of whether or not the claims in a particular category have been or will be paid in full under the Plan.

Wherefore, the Debtor submits this final account in discharge of its obligations under 11 U.S.C. §1106 and §1107 on this 8th day of June, 2010.

UNIVERSITY FOOD SYSTEMS, INC.
By: Schirger, Monteleone & Hampilos, P.C.


By:   /s/ George P. Hampilos


George P. Hampilos – 6210622
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 West State Street, Suite 210
Rockford, IL   61101
Telephone:  815/962-0044